**SHOOK, HARDY & BACON L.L.P.**
Michael Mallow, SBN 188745
mmallow@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (424) 285-8330 | Fax (424) 204-9093

Amir Nassihi, SBN 235936
anassihi@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

J. Simone Jones, *pro hac vice* application forthcoming
sjones@shb.com
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700 | Fax: (312) 558-1195

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEYANA JONES, LENA DUBROVSKY-FISHMAN, WEIHSUAN LAI, OMAR AWAN, and JONAH MORNINGSTAR, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

AMERICAN HONDA MOTOR CO., INC.,

Defendant.

Case No. 2:26-cv-6222-SPG-MAR

Assigned to Hon. Sherilyn Peace Garnett

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint served: August 4, 2026
Current response date: August 25, 2026
New response date: September 24, 2026

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between Plaintiffs Keyana Jones, Lena Dubrovsky-Fishman, Weihsuan Lai, Omar Awan, and Jonah Morningstar ("Plaintiffs") and Defendant American Honda Motor Co., Inc. ("Defendant" or "AHM") through their counsel of record, that Defendant may have a thirty-day extension of time, up to and including September 24, 2026, to file an answer or otherwise respond to Plaintiff's Class Action Complaint in the above-captioned action. AHM preserves all challenges as to service and jurisdiction. No prior extension has been requested by Defendant.

IT IS SO STIPULATED.

Dated: August 17, 2026

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Michael Mallow*
Michael Mallow

Attorney for Defendant
AMERICAN HONDA MOTOR CO., INC.

Dated: August 17, 2026

Respectfully submitted,
ABRAHAM, FRUCHTER & TWERSKY, LLP

By: */s/ Patrice L. Bishop*
Patrice L. Bishop

Attorney for Plaintiffs
KEYANA JONES, LENA DUBROVSKY-FISHMAN, WEIHSUAN LAI, OMAR AWAN, AND JONAH MORNINGSTAR

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Michael Mallow, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

/s/ *Michael Mallow*
Michael Mallow