Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Deborah De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
Yufei Wang (SBN 346170)
*ywang@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Bradley K. King (SBN 274399)
*bking@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177

Patrice L. Bishop (SBN 182256)
*pbishop@aftlaw.com*
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
9440 Santa Monica Blvd.
Bank of America Building, Ste 301
Beverly Hills, CA 90210
Telephone: (310) 279-5125

Howard T. Longman, Esq.
*hlongman@longman.law*
**LONGMAN LAW, P.C.**
354 Eisenhower Pkwy, Ste 2250
Livingston, NJ 07039
Telephone: (973) 994-2315

Gary S. Graifman. Esq.
*ggraifman@kgglaw.com*
**KANTROWITZ, GOLDHAMER, GRAIFMAN, PERLMUTTER & CARBALLO, P.C.**
135 Chestnut Ridge Rd, Ste 200
Montvale, NJ 07645
Telephone: (845) 356-2570

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel on signature block]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

KEYANA JONES, LENA DUBROVSKY-FISHMAN, WEIHSUAN LAI, OMAR AWAN, AND JONAH MORNINGSTAR, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

AMERICAN HONDA MOTOR CO., INC.,

Defendant.

Case No. 2:26-cv-06222-SPG-MAR

**JOINT STIPULATION TO CONSOLIDATE CASES AND SET SCHEDULE FOR CONSOLIDATED COMPLAINT AND MOTION TO DISMISS**

Hon. Sherilyn Peace Garnett

| | |
|---|---|
| BEVERLY MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 2:26-cv-07823-SPG-MAR<br><br>Judge: Hon. Sherilyn Peace Garnett |

**STIPULATION TO CONSOLIDATE**

Plaintiffs Keyana Jones, Lena Dubrovsky-Fishman, Weihsuan Lai, Omar Awan, and Jonah Morningstar in *Jones v. American Honda Motor Co., Inc.*, No. 2:26-cv-06222-SPG-MAR ("*Jones*"), Plaintiff Beverly Mason in *Mason v. American Honda Motor Co., Inc.*, No. 2:26-cv-07823-SPG-MAR ("*Mason*") (together, "Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM," and, together with Plaintiffs, the "Parties"), hereby agree and stipulate to: (1) consolidate *Jones* and *Mason* (the "Related Actions") for all purposes and any future related actions filed in, removed to, or transferred to this Court, with *Jones* designated as the lead case; and (2) set a deadline for Plaintiffs' consolidated complaint, a briefing schedule for AHM's motion to dismiss, and a date for a hearing on the motion.

On June 8, 2026, Plaintiffs Keyana Jones, Lena Dubrovsky-Fishman, Weihsuan Lai, Omar Awan, and Jonah Morningstar filed *Jones* against AHM. *Jones* alleges a defect in the front-camera system affecting 2018-2025 model year Honda Odyssey, Civic, HR-V, Clarity, and Pilot vehicles. *Jones* Compl. ¶¶ 1-7. According to the complaint, the front camera supplies information to multiple Honda Sensing® safety and driver-assistance functions and, if it fails, Plaintiffs claim multiple dependent systems can become unavailable simultaneously. *Id.* ¶¶ 21-27. The five named Plaintiffs own or lease different allegedly affected Honda models and reside in California, Washington, Oregon, and Virginia. *Id.* ¶¶ 12-16. *Jones* seeks relief on behalf of a nationwide class and alternative state subclasses. *Id.* ¶¶ 78-86.

On July 16, 2026, Plaintiff Beverly Mason filed the related *Mason* action. *Mason* alleges a common latent defect affecting the front sensor camera and components necessary for its proper operation in certain 2018-2025 Honda model year vehicles. *Mason* Compl. ¶¶ 1-7 & n.1. *Mason* seeks relief on behalf of a nationwide class and Virginia subclass. *Id.* ¶¶ 106-14.

Fed. R. Civ. P. 42(a) provides the following:

> If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay.

Courts enjoy broad discretion to order Rule 42(a) consolidation. *UL LLC v. Gangsong Grp. Corp.*, No. 2:17-cv-8166-DSF-E, 2019 WL 8219493, at *1 (C.D. Cal. June 26, 2019). Consolidation is particularly useful where it streamlines pretrial discovery and motion practice. *In re Oreck Corp. Halo Vacuum & Air Purifiers Mktg. & Sales Pracs. Litig.*, 282 F.R.D. 486, 490 (C.D. Cal. 2012).

The Related Actions involve common factual allegations and legal theories. According to Plaintiffs' allegations, they arise from the same alleged front-camera defect, name the same Defendant, concern the same Honda vehicle model lines, assert substantially overlapping theories concerning AHM's knowledge and nondisclosure, seek relief on behalf of overlapping classes, and seek the same relief in response to the alleged misconduct. Consolidation of the Related Actions is warranted because it will simplify discovery, pretrial motions, class certification issues, and other case management issues, especially given that the cases are at their procedural inception. Consolidation will avoid delay, duplicative litigation efforts, and the risk of inconsistent rulings, without prejudicing any party. The Related Actions present the quintessential consolidation scenario, all parties agree that consolidation is appropriate, and the Court should grant the motion to ensure judicial economy and preserve party resources.

The requested pleading and briefing schedule will permit any responsive motion to address the operative consolidated complaint rather than require duplicative motion practice directed to separate pleadings.

The Parties met and conferred and agree, for the foregoing reasons, that consolidation is appropriate and respectfully request that the Court enter the accompanying proposed order with the following schedule:

1. Plaintiffs' consolidated complaint to be filed no later than 30 days after the Court's order granting consolidation;
2. AHM's motion to dismiss to be filed no later than 30 days after the filing of Plaintiffs' consolidated complaint;
3. Plaintiffs' opposition to be filed no later than 30 days after the filing of AHM's motion to dismiss;
4. AHM's reply to be filed no later than 21 days after the filing of Plaintiffs' opposition; and
5. The hearing of AHM's motion to dismiss to be held no earlier than 14 days after the filing of AHM's reply, at the Court's next available date.

SO STIPULATED.

Respectfully submitted,

DATED: September 16, 2026

*/s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Deborah De Villa (SBN 312564)
ddevilla@ahdootwolfson.com
Yufei Wang (SBN 346170)
ywang@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: 917.336.0171
Facsimile: 917.336.0177

*Attorneys for Plaintiff Mason and the Proposed Class*

DATED: September 16, 2026

*/s/ Patrice L. Bishop*
Patrice L. Bishop (SBN 182256)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
9440 Santa Monica Blvd.
Bank of America Building, Ste 301
Beverly Hills, CA 90210
Telphone: (310) 279-5125
pbishop@aftlaw.com

Howard T. Longman, Esq. (Admitted *PHV*)
**LONGMAN LAW, P.C.**
354 Eisenhower Pkwy, Ste 2250
Livingston, NJ 07039
Telephone: (973) 994-2315
hlongman@longman.law

Gary S. Graifman. Esq. (Admitted *PHV*)
**KANTROWITZ, GOLDHAMER, GRAIFMAN, PERLMUTTER & CARBALLO, P.C.**
135 Chestnut Ridge Rd, Ste 200
Montvale, NJ 07645
Telephone: (845) 356-2570
ggraifman@kgglaw.com

*Attorneys for Plaintiffs Jones, Dubrovsky-Fishman, Lai, Awan, and Morningstar and the Proposed Class*

DATED: September 16, 2026

*/s/ Amir Nassihi*
Amir Nassihi
**SHOOK, HARDY & BACON L.L.P**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
anassihi@shb.com

Michael Mallow
**SHOOK, HARDY & BACON L.L.P**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
mmallow@shb.com

J. Simone Jones
**SHOOK, HARDY & BACON L.L.P**
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
sjones@shb.com

*Attorneys for Defendant American Honda Motor Co., Inc.*

**ATTESTATION OF FILER**

Pursuant to L.R. 5-4.3.4(a)(2), the undersigned attests that all signatories above have reviewed the contents of and consent to this filing.

DATED: September 16, 2026 *_/s/ Patrice L. Bishop_*