**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KEYANA JONES, LENA DUBROVSKY-FISHMAN, WEIHSUAN LAI, OMAR AWAN, AND JONAH MORNINGSTAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 2:26-cv-06222-SPG-MAR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE CASES AND SET SCHEDULE FOR CONSOLIDATED COMPLAINT AND MOTION TO DISMISS** |
| BEVERLY MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 2:26-cv-07823-SPG-MAR |

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation to Consolidate Cases and Set Schedule for Consolidated Complaint and Motion to Dismiss, and the Court having read the papers and finding good cause therein, IT IS ORDERED that the Stipulation is GRANTED as set forth below:

1. The Court hereby consolidates the above-captioned actions under the docket number of the *Jones* case, No. 2:26-cv-06222-SPG-MAR, and under the new caption *In re: Am. Honda Front Camera Litigation* (the "Consolidated Action"). The clerk is directed to administratively terminate the *Mason* action.

2. The case file for the Consolidated Action will be maintained under Master File No. 2:26-cv-06222-SPG-MAR.

3. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with the Consolidated Action. The parties shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

4. If the Court determines that the case is related, the clerk shall:

   a. Place a copy of this Order in the separate file for such action;

   b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

   c. Direct that this Order be served upon Defendant(s) in the new case; and

   d. Make appropriate entry in the Master Docket.

///
///
///

`

5. Plaintiffs in the Consolidated Action shall file an operative, consolidated complaint within 30 days of this Order. Defendant's response to the consolidated complaint shall be due 30 days after the complaint is filed, with a hearing date noticed at least 14 days after Defendant's reply is due. Plaintiffs' opposition to Defendant's responsive motion shall be due 30 days after the motion is filed. Defendant's reply to the motion shall be due 21 days after Plaintiffs' opposition. The hearing of Defendant's motion to dismiss is set for ________________________.

SO ORDERED.

Dated: ______________

______________________________
Hon. Sherilyn Peace Garnett
United States District Judge